UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES HUYSER; MATTHEW KINLEY; KENNETH BOYLE; JEFFREY W. CARTER; and JWC INVESTMENTS, L.C.,<br><br>    Defendants. | No. 4:23-cv-00144-SHL-SBJ<br><br>**APPEARANCE OF COUNSEL** |

The undersigned attorney hereby enters his appearance on behalf of the Defendant, Kenneth Boyle, in the above-captioned matter.

THE WEINHARDT LAW FIRM

By:  /s/ Todd M. Lantz
    Todd M. Lantz    AT0010162
    2600 Grand Avenue, Suite 450
    Des Moines, IA  50312
    Telephone:  (515) 244-3100
    E-mail:    tlantz@weinhardtlaw.com

    ATTORNEYS FOR DEFENDANT
    KENNETH BOYLE

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each attorney of record on May 25, 2023, by CM/ECF.

Signature:   /s/ Maura McNally-Cavanagh

{02100687.DOCX}