UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JAMES HUYSER; MATTHEW KINLEY; KENNETH BOYLE; JEFFREY W. CARTER; and JWC INVESTMENTS, L.C.,<br><br>   Defendants. | No. 4:23-cv-00144-SHL-SBJ<br><br><br><br>**DEFENDANT KENNETH BOYLE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br>*(UNRESISTED)* |

The Defendant, Kenneth Boyle ("Boyle"), moves this Court for an order extending the deadline to file an answer or other responsive pleading. In support of his motion, Defendant Boyle states as follows:

1. The Plaintiff filed its Complaint (ECF 1) on May 1, 2023.

2. Defendant Boyle was personally served on May 5, 2023. Defendant Boyle's responsive pleading deadline is thus May 26, 2023.

3. Undersigned counsel was just recently retained in this case. Defendant Boyle requests that his responsive pleading deadline be extended by three (3) weeks, up to and including June 16, 2023.

4. Counsel for Defendant Boyle has consulted with Plaintiff's counsel, and the Plaintiff does not object to the requested extension.

WHEREFORE, Defendant Boyle prays this Court for an order extending the deadline for him to file an answer or responsive pleading to Plaintiff's Complaint, from May 26, 2023 up to and including June 16, 2023.

THE WEINHARDT LAW FIRM

By: /s/ Todd M. Lantz
Todd M. Lantz                    AT0010162
2600 Grand Avenue, Suite 450
Des Moines, IA  50312
Telephone:  (515) 244-3100
E-mail:   tlantz@weinhardtlaw.com

ATTORNEYS FOR DEFENDANT
KENNETH BOYLE

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each attorney of record on May 25, 2023, by CM/ECF.

Signature:   /s/ Maura McNally-Cavanagh

{02100688.DOCX}