IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES HUYSER,
MATTHEW KINLEY,
KENNETH BOYLE,
JEFFREY W. CARTER, *and*
JWC INVESTMENTS, L.C.,

    Defendants.

Case No. 4:23-cv-00144-SHL-SBJ

## UNITED STATES' RULE 55(a) MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS JEFFREY W. CARTER & JWC INVESTMENTS LC

Plaintiff United States of America requests that the Clerk of the Court enter default against Defendants Jeffrey W. Carter and JWC Investments, L.C. pursuant to Fed. R. Civ. P. 55(a) because both Defendants have failed to plead or otherwise defend.

In support of this request, the United States relies upon the record in this case and the declaration submitted herewith.

(*continued on the following page*)

Dated: May 30, 2023                     Respectfully submitted,

                                        RICHARD D. WESTPHAL
                                        United States Attorney

                                        DAVID A. HUBBERT
                                        Deputy Assistant Attorney General

                                        <u>/s/ Gretchen Ellen Nygaard</u>
                                        GRETCHEN ELLEN NYGAARD
                                        D.C. Bar No. 1006292
                                        Trial Attorney, Tax Division
                                        Department of Justice
                                        P.O. Box 7238, Ben Franklin Station
                                        Washington, D.C. 20044
                                        Telephone: 202-305-1672
                                        Fax: 202-514-6770
                                        Gretchen.E.Nygaard@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this 30th day of May, 2023, a true and correct copy of the foregoing UNITED STATES' MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS JEFFREY W. CARTER & JWC INVESTMENTS LC and supporting documents have been served by filing electronically with the Court's CM / ECF system:

| | |
|---|---|
| David A. Morse, Esq.<br>Law Offices of David A. Morse<br>1010 Insurance Exchange Building<br>505 Fifth Avenue<br>Des Moines, IA 50309 | Todd Lantz, Esq.<br>Weinhardt Law Firm<br>2600 Grand Avenue, Suite 450<br>Des Moines, IA 50312 |
| *Counsel for Defendant James Huyser* | *Counsel for Defendant Kenneth Boyle* |
| Bruce W. Baker, Esq.<br>Nyemaster Goode PC<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309 | |
| *Counsel for Defendant Matthew Kinley* | |

And to the following non-ECF participants by sending by first class mail to Jeffrey W. Carter, individually, and as Registered Agent for JWC Investments LC:

Jeffrey Carter
9475 Lincoln Ave.
Clive, IA 50325-6327

/s/ Gretchen Ellen Nygaard
GRETCHEN ELLEN NYGAARD
D.C. Bar No. 1006292
Trial Attorney, Tax Division
Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C.
Telephone: 202-305-1672
Fax: 202-514-6770
Gretchen.E.Nygaard@usdoj.gov

*Counsel for Plaintiff United States*