IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES HUYSER,
MATTHEW KINLEY,
KENNETH BOYLE,
JEFFREY W. CARTER, *and*
JWC INVESTMENTS, L.C.,

    Defendants.

Case No. 4:23-cv-00144-SHL-SBJ

### DECLARATION OF GRETCHEN NYGAARD IN SUPPORT OF UNITED STATES' RULE 55(a) MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS JEFFREY W. CARTER & JWC INVESTMENTS, L.C.

I, Gretchen Nygaard, declare as follows:

1. I am employed as a Trial Attorney by the U.S. Department of Justice, Tax Division and have been assigned as counsel for the United States in the above-captioned case.

2. The United States filed its complaint on May 1, 2023. (ECF No. 1.)

3. Defendant Jeffrey W. Carter was personally served with a copy of the summons and complaint on <u>May 5, 2023</u> pursuant to Fed. R. Civ. P. 4(e)(2)(A). (ECF No. 5.)

4. Defendant JWC Investments, L.C. ("JWC") was served by delivering a

copy of the summons and complaint to Jeffrey W. Carter, its Registered Agent, on <u>May 5, 2023</u> pursuant to Fed. R. Civ. P. 4(h)(1)(B). (ECF No. 6)

5.     Both Carter and JWC's deadline to answer or otherwise respond to the complaint was <u>Friday May 26, 2023</u>, which is 21 days from the date both defendants were served, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i).

6.     As required by the Servicemembers Civil Relief Act, I have confirmed that Jeffrey W. Carter is not currently in active military service. Attached at <u>Exhibit A</u> is a true and correct copy of his Status Report Pursuant to the Servicemembers Civil Relief Act, as obtained from the Department of Defense Manpower Data Center.

7.     Upon information and belief, Jeffrey W. Carter is not an infant or incompetent.

I declare under the penalties of perjury that the foregoing is true and correct. Executed on May 30, 2023 in Washington DC.

<u>/s/ Gretchen Ellen Nygaard</u>
GRETCHEN ELLEN NYGAARD
D.C. Bar No. 1006292
Trial Attorney, Tax Division
Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-305-1672
Fax: 202-514-6770
Gretchen.E.Nygaard@usdoj.gov