**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICAN<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES HUYSER,<br>MATTHEW KINLEY,<br>KENNETH BOYLE,<br>JEFFREY W. CARTER, *and*<br>JWC INVESTMENTS, L.C.,<br><br>　　　　Defendants. | Case No. 23-cv-144<br><br>**APPEARANCE** |

COMES NOW Shayla L. McCormally of the firm McCormally and Cosgrove P.L.L.C. and hereby enters her appearance on behalf of Defendant, Jeffrey W. Carter and JWC Investments, LC.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　*/s/ Shayla McCormally*
　　　　　　　　　　　　　　　　　　　Shayla L. McCormally　　　AT0009611
　　　　　　　　　　　　　　　　　　　MCCORMALLY & COSGROVE, P.L.L.C.
　　　　　　　　　　　　　　　　　　　4508 Fleur Drive
　　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50321
　　　　　　　　　　　　　　　　　　　Telephone:　515-218-9878
　　　　　　　　　　　　　　　　　　　Facsimile:　515-218-9879
　　　　　　　　　　　　　　　　　　　shayla@mciowalaw.com
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　JEFFREY W. CARTER AND JWC
　　　　　　　　　　　　　　　　　　　INVESTMENTS, LC