IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES HUYSER,
MATTHEW KINLEY,
KENNETH BOYLE,
JEFFREY W. CARTER, *and*
JWC INVESTMENTS, L.C.,

    Defendants.

Case No. 4:23-cv-00144-SHL-SBJ

**UNITED STATES' CONSENT MOTION TO ENLARGE TIME TO FILE REPLY**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7(j), Plaintiff United States of America respectfully moves the Court for an enlargement of time to file its reply to Defendant James Huyser's *Resistance to United States Motion to Strike Affirmative Defenses of Defendant James Huyser*, filed on June 26, 2023 at ECF No. 20. There is good cause for this request as stated below:

1.    On June 13, 2023, the United States filed its *Motion to Strike Affirmative Defenses of James Huyser*. (ECF No. 17.)

2.    On June 26, 2023, Huyser, through his counsel, filed his resistance to

the United States' Motion. (ECF No. 20.)[1]

3. Pursuant to Local Rule 7(g), the United States has 7 days to file its reply on new matters and arguments raised in opposition.

4. During this 7-day period, in part, undersigned counsel for the United States will be out of the office for travel in advance of the July Fourth federal holiday.

5. In light of the upcoming holidays, the United States requests 15 days to file its reply – until on or before Tuesday July 11, 2023.

6. On June 27, 2023, in writing, counsel for Defendant James Huyser, David Morse, stated he consented to the United States obtaining this additional time to reply.

7. Pursuant to Local Rule 7(k), the United States has also conferred with counsel for the other Defendants (Attorney Todd Lantz for Kenneth Boyle, Shayla McCormally for Jeffrey Carter & JWC Investments LC, and Bruce Baker for Matthew Kinley). All counsel for these defendants also stated in writing that

---

[1] On June 27, 2023, Defendant Kenneth Boyle, through counsel, also filed a response in opposition to the United States' motion to strike the affirmative defenses of Defendant Huyser. (ECF No. 21.) Through this motion for enlargement, the United States does *not* seek any extension of any time period to respond to this filing from Defendant Boyle because Boyle is not a party to the United States' motion to strike Huyser's affirmative defenses and thus has no basis to oppose the motion. The United States will separately file a motion to strike Defendant Boyle's improper defenses, on similar grounds, within its time to do so under Fed. R. Civ. P. 12(a)(1)(A). Boyle filed his answer and affirmative defenses on June 16, 2023 (ECF No. 19) and the United States has 21 days to respond – on or before Friday July 7, 2023.

they do not oppose the United States' requested relief.

Accordingly, the United States respectfully requests the Court enter an order enlarging the deadline to file its reply to Huyser's *Resistance* to July 11, 2023 because there is good cause for doing so and Defendant Huyser, through counsel, has consented and will not be prejudiced.

Dated: June 27, 2023                             Respectfully submitted,

                                                 RICHARD D. WESTPHAL
                                                 United States Attorney

                                                 DAVID A. HUBBERT
                                                 Deputy Assistant Attorney General

                                                 /s/ Gretchen Ellen Nygaard
                                                 GRETCHEN ELLEN NYGAARD
                                                 D.C. Bar No. 1006292
                                                 Trial Attorney, Tax Division
                                                 Department of Justice
                                                 P.O. Box 7238, Ben Franklin Station
                                                 Washington, D.C. 20044
                                                 Telephone: 202-305-1672
                                                 Fax: 202-514-6770
                                                 Gretchen.E.Nygaard@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2023, a true and correct copy of the foregoing UNITED STATES' MOTION have been served by filing electronically with the Court's CM / ECF system:

| | |
|---|---|
| David A. Morse, Esq.<br>Law Offices of David A. Morse<br>1010 Insurance Exchange Building<br>505 Fifth Avenue<br>Des Moines, IA 50309<br><br>*Counsel for Defendant James Huyser* | Todd Lantz, Esq.<br>Weinhardt Law Firm<br>2600 Grand Avenue, Suite 450<br>Des Moines, IA 50312<br><br>*Counsel for Defendant Kenneth Boyle* |

Shayla McCormally, Esq.
McCormally & Cosgrove PLLC
4508 Fleur Drive
Des Moines, IA 50321
shayla@mciowalaw.com

*Counsel for Defendants Jeffrey Carter &
JWC Investments L.C.*

And to the following non-ECF participants per their agreement, by email:

Bruce W. Baker, Esq.
bwbaker@nyemaster.com
*Counsel for Defendant Matthew Kinley*

/s/ Gretchen Ellen Nygaard
GRETCHEN ELLEN NYGAARD
D.C. Bar No. 1006292
Trial Attorney, Tax Division
Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C.
Telephone: 202-305-1672
Fax: 202-514-6770
Gretchen.E.Nygaard@usdoj.gov

*Counsel for Plaintiff United States*