# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>JAMES HUYSER, MATTHEW KINLEY, KENNETH BOYLE, JEFFREY W. CARTER, and JWC INVESTMENTS, L.C.,<br><br>    Defendants. | Case No. 4:23-cv-00144<br><br><br>**NOTICE OF APPEARANCE OF MATTHEW A. MCGUIRE** |

Notice is hereby given that Matthew A. McGuire of Nyemaster Goode, PC enters his appearance as attorney for Defendant Matthew Kinley in this matter as additional counsel, and requests that copies of all papers in this action be served upon the undersigned at the office address below, and that the undersigned be placed on the Court's CM/ECF mailing system.

Dated: July 5, 2023

Respectfully submitted,

*/s/ Matthew A. McGuire*
Matthew A. McGuire, AT0011932
NYEMASTER, GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309-3899
Telephone: (515) 283-3100
Fax: (515) 283-8045
Email:  mmcguire@nyemaster.com

**ATTORNEY FOR DEFENDANT MATTHEW KINLEY**