# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br><br>v.<br><br>JAMES HUYSER, MATTHEW KINLEY, KENNETH BOYLE, JEFFREY W. CARTER, and JWC INVESTMENTS, L.C.,<br><br>  Defendants. | Case No. 4:23-cv-00144<br><br><br>**NOTICE OF APPEARANCE OF BRUCE W. BAKER** |

Notice is hereby given that Bruce W. Baker of Nyemaster Goode, PC enters his appearance as attorney for Defendant Matthew Kinley in this matter as additional counsel, and requests that copies of all papers in this action be served upon the undersigned at the office address below, and that the undersigned be placed on the Court's CM/ECF mailing system.

Dated: July 5, 2023                                Respectfully submitted,

                                                     */s/ Bruce W. Baker*
                                                     Bruce W. Baker, AT0000673
                                                     NYEMASTER, GOODE, P.C.
                                                     700 Walnut Street, Suite 1600
                                                     Des Moines, Iowa 50309-3899
                                                     Telephone: (515) 283-3100
                                                     Fax: (515) 283-8045
                                                     Email: bwbaker@nyemaster.com

                                                     **ATTORNEY FOR DEFENDANT**
                                                     **MATTHEW KINLEY**