UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HUYSER; MATTHEW KINLEY; KENNETH BOYLE; JEFFREY W. CARTER; and JWC INVESTMENTS, L.C.,<br><br>Defendants. | No. 4:23-cv-00144-SHL-SBJ<br><br>**APPEARANCE OF COUNSEL** |

The undersigned attorney hereby enters his appearance as additional counsel for Defendant Kenneth Boyle in the above-captioned matter.

THE WEINHARDT LAW FIRM

By: /s/ Jason R. Smith
    Jason R. Smith          AT0014862
    2600 Grand Avenue, Suite 450
    Des Moines, IA  50312
    Telephone:  (515) 244-3100
    E-mail: jsmith@weinhardtlaw.com

    ATTORNEY FOR DEFENDANT KENNETH BOYLE

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each attorney of record on November 28, 2023, by CM/ECF.

Signature:   /s/ Lisa Murrill

{02104129.DOCX}