**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HUYSER,<br>MATTHEW KINLEY,<br>KENNETH BOYLE,<br>JEFFREY W. CARTER, *and*<br>JWC INVESTMENTS, L.C.,<br><br>Defendants. | Case No. 4:23-cv-00144-SHL-SBJ<br><br>**APPEARANCE** |

COMES NOW Kolby P. Warren of the firm McCormally and Cosgrove P.L.L.C. and hereby enters her appearance on behalf of Defendant, Jeffrey W. Carter and JWC Investments, LC.

        Respectfully submitted,

        */s/ Kolby Warren*
        Kolby P. Warren     AT0013857
        MCCORMALLY & COSGROVE, P.L.L.C.
        4508 Fleur Drive
        Des Moines, Iowa 50321
        Telephone:   515-218-9878
        Facsimile:    515-218-9879
        kolby@mciowalaw.com
        ATTORNEY FOR DEFENDANT
        JEFFREY W. CARTER AND JWC
        INVESTMENTS, LC