IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES HUYSER,
MATTHEW KINLEY,
KENNETH BOYLE,
JEFFREY W. CARTER, *and*
JWC INVESTMENTS, L.C.,

    Defendants.

Case No. 4:23-cv-00144-SHL-SBJ

**NOTICE OF APPEARANCE OF CO-COUNSEL FOR THE UNITED STATES**

Trial Attorney Allison Rice enters her appearance as co-counsel on behalf of the Plaintiff United States in the above-captioned matter. Trial Attorney Gretchen Nygaard will remain as lead counsel for the Plaintiff.

//

//

//

//

//

//

//

Dated: November 28, 2023                Respectfully submitted,

RICHARD D. WESTPHAL
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General

<u>/s/ Allison Rice</u>
ALLISON RICE
DC Bar No. 1671160
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, DC 20044
Telephone: 202-307-6451
Fax: 202-514-6770
allison.rice@usdoj.gov