# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES HUYSER, MATTHEW KINLEY, KENNETH BOYLE, JEFFREY W. CARTER, and JWC INVESTMENTS, L.C.,<br><br>　　　　Defendants. | Case No. 4:23-cv-00144<br><br><br>**APPEARANCE OF RANDALL D. ARMENTROUT** |

Notice is hereby given that Randall D. Armentrout of Nyemaster Goode, PC enters his appearance as attorney for Defendant Matthew Kinley in this matter as additional counsel, and requests that copies of all papers in this action be served upon the undersigned at the office address below, and that the undersigned be placed on the Court's CM/ECF mailing system.

Dated: May 24, 2024.                                 Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Randall D. Armentrout*
　　　　　　　　　　　　　　　　　　　　　　　Randall D. Armentrout AT0000543
　　　　　　　　　　　　　　　　　　　　　　　NYEMASTER, GOODE, P.C.
　　　　　　　　　　　　　　　　　　　　　　　700 Walnut Street, Suite 1300
　　　　　　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309-3899
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (515) 283-3100
　　　　　　　　　　　　　　　　　　　　　　　Fax: (515) 283-8045
　　　　　　　　　　　　　　　　　　　　　　　Email:  rdarmentrout@nyemaster.com
　　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　　　　**MATTHEW KINLEY**