# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES HUYSER, MATTHEW KINLEY, KENNETH BOYLE, JEFFREY W. CARTER, and JWC INVESTMENTS, L.C.,<br><br>　　　　Defendants. | Case No. 4:23-cv-00144<br><br><br>**DEFENDANT MATTHEW KINLEY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendant Matthew Kinley, pursuant to Federal Rule of Civil Procedure 56, hereby moves the Court for an order granting summary judgment in Mr. Kinley's favor on Plaintiff's claim for "piercing the corporate veil" against Mr. Kinley, *see* Complaint ¶¶ 166, 168(a), ECF No. 1, and in support thereof states:

　　　1.　　Under Federal Rule of Civil Procedure 56(a), a court "shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."

　　　2.　　Plaintiff's claims relate to $59 million tax and penalty judgment it obtained in 2018 against a non-party limited liability company, Alternative Carbon Resources, LLC ("ACR").

　　　3.　　On May 1, 2023, Plaintiff filed the above-captioned matter, bringing two claims against Defendant Kinley (Count II) seeking to hold Mr. Kinley individually liable for the $59 million judgment against ACR via the doctrine of piercing the veil or, alternatively, to avoid transfers made from ACR to Mr. Kinley. *See* ECF No. 1, ¶¶ 166–68.

4.  Mr. Kinley seeks partial summary judgment on Plaintiff's claim seeking a judgment "setting aside the corporate form and piercing the corporate veil of ACR to collect the Federal Claims Judgment against . . . [Mr.] Kinley." ECF No. 1 ¶ 166.

5.  Plaintiff cannot meet its burden to show there is a genuine dispute of material fact as to its request for the extraordinary relief to disregard the statutory command of limited liability to hold Mr. Kinley liable for the debts of an LLC of which he was a minority owner with no control.

6.  Mr. Kinley incorporates by reference his brief in support of the motion, attached hereto.

7.  Mr. Kinley respectfully requests oral argument.

WHEREFORE, Defendant Matthew Kinley respectfully requests the Court enter partial summary judgment in his favor dismissing Count II of the Complaint seeking to pierce the corporate veil of Alternative Carbon Resources, LLC, as to Mr. Kinley.

Dated: June 28, 2024                                Respectfully submitted,

*/s/ Matthew A. McGuire*
Bruce W. Baker, AT000673
Matthew A. McGuire, AT0011932
Randall D. Armentrout AT0000543
NYEMASTER, GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, Iowa 50309-3899
Telephone: (515) 283-3100
Fax: (515) 283-8045
Email: bwbaker@nyemaster.com
       mmcguire@nyemaster.com
       rdarment@nyemaster.com

**ATTORNEYS FOR DEFENDANT MATTHEW KINLEY**