IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:23-cv-00144-SHL-WPK |
| Plaintiff, | |
| v. | |
| JAMES HUYSER, MATTHEW KINLEY, KENNETH BOYLE, JEFFREY W. CARTER, *and* JWC INVESTMENTS, L.C., | |
| Defendants. | |

# UNITED STATES' RULE 41(a)(2) MOTION TO DISMISS COUNT II OF ITS COMPLAINT AGAINST MATTHEW KINLEY

The United States respectfully moves the Court for an order, pursuant to Fed.R.Civ.P. 41(a)(2), dismissing Count II of its Complaint against Defendant Michael Kinley as the United States and Matthew Kinley have reach a settlement which results in resolving the veil piercing and fraudulent transfer claims asserted against him in the above-captioned suit.

The grounds for this motion are set forth below.

1.      On May 1, 2023, the United States filed its Complaint in the above-captioned suit and, in Counts I-IV, sought relief against James Huyser (Count 1), Matthew Kinley (Count II), Kenneth Boyle (Count III), and JWC Investments L.C. and Jeffrey Carter (Count IV), respectively.  (ECF No. 1.)

1

2. The United States and Matthew Kinley have entered into a settlement agreement that resolves the United States' claims against him as set forth in Count II of its Complaint.

3. Accordingly, the United States represents that Matthew Kinley, through his counsel, has consented to the United States seeking a dismissal with prejudice.

4. Further, the United States and Matthew Kinley have agreed that each shall bear their own costs and expenses, including any possible attorney's fees, incurred in connection with this proceeding.

5. No remaining Defendant will be prejudiced by this dismissal because the claim subject to dismissal (Count II) was brought only against Matthew Kinley and each respective remaining Defendant will proceed to defend on the distinct claims made by the United States against them. *See Metro. Fed. Bank of Iowa v. W.R. Grace & Co.,* 999 F.2d 1257, 1262 (8th Cir. 1993) ("Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal.").

6. As the claims set forth in Count II are resolved through the agreed settlement, the United States here seeks an order dismissing Count II of the Complaint, and as sole defendant to Count II, dismissing Matthew Kinley, from the above-captioned suit with prejudice.

7. Rule 41(a)(2) dismissals are a "matter for the discretion of the trial court" and may include granting dismissal of all claims against a single

defendant in a multi-defendant suit. *Johnston v. Cartwright,* 355 F.2d 32, 39-40 (8th Cir. 1966)("Dismissal under Rule 41(a)(2) is a matter for the discretion of the trial court."); *Env't Dynamics, Inc. v. Robert Tyler and Assoc., Inc.*, 929 F. Supp.1212, 1226-28 (N.D. Iowa 1996)(in multi-defendant suit, granting dismissal with prejudice all claims against certain defendants under Rule 41(a)(2)).[1]

8.      As stated, this motion to dismiss Count II of the Complaint, if granted, *does not* resolve nor impact the United States' remaining claims set forth in Counts I, III & IV of the Complaint against Defendants James Huyser, Kenneth Boyle, JWC Investments L.C. and Jeffrey Carter.

WHEREFORE, the United States respectfully requests an order dismissing Count II of its Complaint against Matthew Kinley with prejudice.

(*continued on the following page*)

---

[1] In *Johnston,* the Eighth Circuit examined "it may not be material whether the court acts under Rule 15(a) which relates to amendments, or Rule 21 which concerns misjoinder, or Rule 41(a)(2)." *Johnston*, 355 F.2d at 39*; Env't Dynamics, Inc.,* 929 F. Supp. at 1225-26 (concluding that Rule 41(a)(2) permits dismissal of "some but not all defendants from the lawsuit"); *see also Bentley v. Symetra Life Ins. Co.,* 2023 WL 8455043, at *2 n.1 (N.D. Iowa 2023)(citing *Johnston* and determining Rule 41 sufficient basis for trial court to dismiss claims against one defendant); Voluntary Dismissal - In General, 9 Fed. Prac. & Proc. Civ. § 2362 (4th ed.)(describing it "seems well established" Rule 41(a) is proper method for dismissal all claims against single defendant).

Dated: March 18, 2025                    Respectfully submitted,


                                                RICHARD D. WESTPHAL
                                                Acting United States Attorney


                                                <u>/s/ Gretchen Ellen Nygaard</u>
                                                GRETCHEN ELLEN NYGAARD
                                                D.C. Bar No. 1006292
                                                ALLISON RICE
                                                D.C. Bar No. 1671160
                                                RUSSELL J. EDELSTEIN
                                                MA Bar No. 663227
                                                PARKER KEMPIN
                                                CO Bar No. 56602
                                                Trial Attorney, Tax Division
                                                Department of Justice
                                                P.O. Box 7238, Ben Franklin Station
                                                Washington, D.C. 20044
                                                Telephone: 202-305-1672
                                                Fax: 202-514-6770
                                                Gretchen.E.Nygaard@usdoj.gov
                                                Allison.Rice@usdoj.gov
                                                Russell.J.Edelstein@usdoj.gov
                                                Parker.Kempin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2025 a true and correct copy of the foregoing MOTION has been served by filing electronically with the Court's CM / ECF system on the following ECF participants:

David A. Morse, Esq.
Law Offices of David A. Morse
dave@davemorselaw.com
admin@davemorselaw.com

*Counsel for James Huyser*

Bruce W. Baker, Esq.
Matthew McGuire, Esq.
Randall D. Armentrout
Dana Hempy
Nyemaster Goode PC
bwbaker@nyemaster.com
mmcguire@nyemaster.com
rdarmentrout@nyemaster.com
dhempy@nyemaster.com

*Counsel for Matthew Kinley*

Todd Lantz, Esq.
Jason Smith, Esq.
Weinhardt Law Firm
tlantz@weinhardtlaw.com
jsmith@weinhardtlaw.com

*Counsel for Kenneth Boyle*

Shayla McCormally, Esq.
Kolby Warren, Esq.
McCormally & Cosgrove PLLC
shayla@mciowalaw.com
kolby@mciowalaw.com

*Counsel for Jeffrey W. Carter
Individually & JWC Investments, L.C.*

/s/ Gretchen Ellen Nygaard
GRETCHEN ELLEN NYGAARD
D.C. Bar No. 1006292
Trial Attorney, Tax Division
Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C.
Telephone: 202-305-1672
Fax: 202-514-6770
Gretchen.E.Nygaard@usdoj.gov

*Counsel for Plaintiff United States*

5