**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES HUYSER,
KENNETH BOYLE,
JEFFREY W. CARTER, *and*
JWC INVESTMENTS, L.C.,

    Defendants.

Case No. 4:23-cv-00144-SHL-WPK

**STIPULATION FOR ENTRY OF JUDGMENT**

The United States and Defendant Kenneth Boyle have resolved all of the claims asserted by the United States against Defendant Boyle in this case and stipulate that final judgment should be entered in favor of the United States and against Defendant Boyle in the amount of $59,000,000. The parties will each bear their own costs and expenses, including any possible attorney's fees, in connection with this proceeding.

//

//

//

//

//

//

DATED: June 12, 2025.

Respectfully Submitted,

| | |
|---|---|
| */s/ Harris J. Phillips* | */s/ Todd M. Lantz* |
| HARRIS J. PHILLIPS | TODD M. LANTZ, AT0010162 |
| Senior Litigation Counsel | JASON R. SMITH, AT0014862 |
| MA Bar No. 675603 | The Weinhardt Law Firm |
| harris.j.phillips@usdoj.gov | 2600 Grand Avenue, Suite 450 |
| | Suite 450 |
| RUSSELL J. EDELSTEIN | Des Moines, Iowa 50312 |
| MA Bar No. 663227 | Telephone: (515) 344-3100 |
| ALLISON RICE | Email: tlantz@weinhardtlaw.com |
| D.C. Bar No. 1671160 | jsmith@weinhardt.com |
| PARKER KEMPIN | **ATTORNEYS FOR DEFENDANT** |
| CO Bar No. 56602 | **KENNETH BOYLE** |
| Trial Attorneys, Tax Division | |
| Department of Justice | |
| P.O. Box 7238 | |
| Washington, D.C. | |
| Telephone: 202-616-2704 | |
| Fax: 202-514-6770 | |
| russell.j.edelstein@usdoj.gov | |
| allison.rice@usdoj.gov | |
| parker.kempin@usdoj.gov | |
| **ATTORNEYS FOR PLAINTIFF** | |
| **UNITED STATES** | |

**IT IS SO ORDERED**, this ____ day of _____, 2025.

_____
STEPHEN LOCHER
United States District Judge