## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

| | |
|---|---|
| Case No. 4:23-cv-00144-SHL-WPK | Clerk's Court Minutes – Bench Trial - Day Five |

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | James Huyser, Jeffrey W. Carter, and JWC Investments L.C. |

Plaintiff(s) Counsel: Russell J. Edelstein, Allison Rice, Harris Phillips, and Parker Kempin

Defendant(s) Counsel: David Alan Morse, Shayla Laura McCormally, and Kolby Warren

Court Reporter: Tonya Gerke    Interpreter: N/A

| Motion(s) for Ruling: | Ruling |
|---|---|
| | |

Proceedings:

Court in session for day four of the bench trial. The Court and counsel discuss the parties agreed upon schedule for providing deposition designations of Matthew Kinley. Counsel for Defendant Carter/JWC Investments, L.C. makes record as to updated exhibits L and P. All admitted exhibits shall be filed on CM/ECF following conclusion of the bench trial. 9:08 a.m. Defendant Carter and JWC Investments L.C. calls witness, Jeffrey Carter. Witness remains under oath and testifies. 10:29 a.m. Court recesses. 10:46 a.m. Court reconvenes. Testimony of Jeffrey Carter resumes. 10:58 a.m. The defendants rest. The parties must submit post-trial submissions on or before August 22, 2025. The submissions should include the following sections: (a) Proposed Findings of Fact (with specific citations to transcripts and/or exhibits); and (b) Legal Argument (with citations to relevant legal authority).

11:09 a.m. Court adjourns.

Time Start: 9:00 a.m.
Time End:  11:09 a.m.
Date: June 23, 2025

/s/ M. Mast
Deputy Clerk