**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

JAMES HUYSER,
JEFFREY W. CARTER, and
JWC INVESTMENTS, L.C.,

      Defendants.

Case No. 4:23-cv-00144-SHL-WPK

---

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS**
**MOTION TO AMEND THE FINAL JUDGMENT CONSISTENT WITH THE COURT'S**
**RULE 62.1 INDICATIVE RULING**

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the United States submits this memorandum in support of its motion to amend the judgment entered in this action consistent with the Court's Rule 62.1(a)(3) indicative ruling (ECF. No. 229).  As support, the Government states:

1. On March 6, 2026, following a five-day bench trial, the Court found Defendants James Huyser and Jeffrey Carter personally responsible for the liabilities of Alternative Carbon Resources, LLC ("ACR") that were reduced to judgment in the U.S. Court of Federal Claims resulting from ACR's improper alternative fuel mixture tax credit claims.

2. On April 2, 2026 and April 6, 2026, Huyser and Carter, respectively, filed notices of appeal of the Court's Findings of Fact and Conclusions of Law, as well as the final judgment in this action.  (ECF. Nos. 212-213, 216-219.)

1

3.     On May 27, 2026, the Court entered an "Order Granting in Part and Denying in Part Motion for Indicative Ruling" to amend the judgment to include, *inter alia*: (a) the amount of the judgment jointly against Defendants James Huyser and Jeffrey Carter, including $59,320,179 entered by the Court of Federal Claims against ACR and pre-judgment interest; and (b) language dismissing Defendant JWC Investments, L.C. without prejudice.

4.     On July 28, 2026, the United States Court of Appeals for the Eighth Circuit partially remanded this case to enter an amended judgment within two weeks.  (Appellate Case: 26-1626)

5.     Depending on the date this Court enters an amended judgment, the amount of pre-judgment interest calculated pursuant to 26 U.S.C. § 6621 that will have accrued on the ACR judgment will be the following on:

    a.  August 4, 2026:  $35,137,352 (total liability: $89,832,531).

    b.  August 5, 2026:  $35,154,580 (total liability: $89,849,759).

    c.  August 6, 2026:  $35,171,812 (total liability: $89,866,991).

    d.  August 7, 2026:  $35,189,047 (total liability: $89,884,226).

    e.  August 10, 2026:  $35,240,771 (total liability: $89,935,950).

    f.  August 11, 2026:  $35,258,019 (total liability: $89,953,198).

    g.  August 12, 2026:  $35,275,271 (total liability: $89,970,449).

(*See* Declaration of James Wilkinson, dated August 4, 2026.)[1]

---

[1] Because the amount of interest accrues according to statute, the amount of interest is a matter of law, rather than evidence the Government must prove.  *See United States v. Hammon*, 277 Fed. Appx. 560, 569 (6th Cir. 2008); *United States v. Sarubin*, 507 F.3d 811, 816 (4th Cir. 2007); *United States v. Colorado Mufflers Unlimited, Inc.*, 116 Fed. Appx. 218, 223 (10th Cir. 2004); *United States v. Schroeder*, 900 F.2d 1144, 1150 n.5 (7th Cir. 1990).  And as addressed in the

(continued...)

WHEREFORE, the United States requests that the Court grant this Motion to enter the following amended judgment:

Pursuant to the Findings of Fact and Conclusions of Law (ECF 212), the Court rules and judgment is entered in favor of the Government, and against James Huyser, on Count I and in favor of the Government, and against Jeffrey Carter on Count IV. Each of Huyser and Carter is liable, on a joint and several basis, for the judgment in the amount of $59,320,179.00 entered by the Court of Federal Claims against Alternative Carbon Resources, LLC, less payments made, plus statutory interest (including pre- and post-judgment interest) and additions accruing according to law. As of the date of this Amended Judgment, the amount of accrued interest is $[____]. Costs shall be taxed against each of Huyser and Carter.

Defendant JWC Investments, L.C., is dismissed from the case without prejudice to the ability of the Government to pursue JWC's assets, if any, as part of executing this Amended Judgment against Carter.

//

//

//

//

//

//

//

//

//

//

---

United States' memorandum (ECF No. 226, p. 7) in support of its motion for an indicative ruling, 26 U.S.C. § 6621 governs the calculation of statutory interest.  *See* 28 U.S.C. § 1961(c)(1) (interest arising from a judgment involving internal revenue tax governed by 26 U.S.C. § 6621).

Dated: August 4, 2026.

Respectfully submitted,

DAVID C. WATERMAN
United States Attorney

BRETT A. SCHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

HARRIS J. PHILLIPS
Senior Litigation Counsel
MA Bar No. 675603
harris.j.phillips@usdoj.gov

/s/ *Russell J. Edelstein*
RUSSELL J. EDELSTEIN
MA Bar No. 663227
ALLISON RICE
D.C. Bar No. 1671160
PARKER KEMPIN
CO Bar No. 56602
Trial Attorneys, Civil Division
Tax Litigation Branch
Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-616-2704
Fax: 202-514-6770
russell.j.edelstein@usdoj.gov
allison.rice@usdoj.gov
parker.kempin@usdoj.gov